# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| JENNIFER MUNTER a/k/a JENNY MUNTER, | Case 2:17-cv-00021 |
| Plaintiff, | |
| -vs- | ORDER GRANTING JOINT MOTION TO APPEAR AT PRELIMINARY PRETRIAL CONFERENCE TELEPHONICALLY |
| MEAGAN SCHMIDT, | |
| Defendant. | |

The parties, having requested appearance by telephone at the preliminary pretrial conference in this matter set for July 12, 2017, at 1:30 p.m.,

IT IS HEREBY ORDERED that ALL COUNSEL will attend the preliminary pretrial conference in this matter via telephone. The Court will contact the parties with the call in number.

DATED this 29th day of June, 2017.

Brian Morris
United States District Court Judge