# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| JENNIFER MUNTER a/k/a JENNY MUNTER, | Cause No.: CV-17-21-BU-BMM |
| Plaintiff, | Judge: Hon. Brian Morris |
| v. | |
| MEAGAN SCHMIDT, | **ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE OF COURT TO USE VIDEO CONFERENCING** |
| Defendant. | |

Plaintiff filed an unopposed motion seeking leave of Court to use video conferencing for several witnesses during the trial starting October 15, 2018. It is hereby ordered that Plaintiff is granted leave of Court to use video conferencing for her witnesses during trial.

DATED this 7th day of August, 2018.

*/s/ Brian Morris*

Brian Morris
United States District Court Judge