# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| JENNIFER MUNTER a/k/a JENNY MUNTER, | Cause No.: CV-17-21-BU-BMM |
| Plaintiff, | Judge: Hon. Brian Morris |
| v. | |
| MEAGAN SCHMIDT, | **ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE OF COURT TO USE VIDEO DEPOSITION OF CERTAIN WITNESSES AT TRIAL** |
| Defendant. | |

Plaintiff filed an unopposed motion seeking leave of Court to use video deposition for certain witnesses during the trial starting October 15, 2018. It is hereby ordered that Plaintiff is granted leave of Court to present testimony of Dr. Slocum, Rick Ridley, and Crystal Elrod via video deposition during trial. Defense maintains its objections in its motions in limine and objections raised during the depositions which the Court will address at a later time.

DATED this 2nd day of October, 2018.

_____
Brian Morris
United States District Court Judge