IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| **JENNIFER MUNTER a/k/a JENNY** MUNTER, | **CV-17-21-BU-BMM** |
| Plaintiff, | |
| -vs- | ORDER OF DISMISSAL WITH PREJUDICE |
| MEAGAN SCHMIDT, | |
| Defendant. | |

Pursuant to the parties' Stipulation for Dismissal with Prejudice,

IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE, the parties to bear their own costs and attorney's fees.

Dated this 31st day of January, 2019.


_____
Brian Morris
United States District Court Judge